# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

159976(29)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHARLES JOSEPH SELBY,
    Defendant-Appellant.

SC: 159976
COA: 347899
Jackson CC: 87-043912-FH

_____/

On order of the Chief Justice, the motion of defendant-appellant to file a supplement to his application for leave to appeal is GRANTED. The supplement submitted on June 25, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk